

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 720 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

February 13, 2018

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007
**VIA ECF AND E MAIL**

          Re: Rahman v. Ghandi Café et. al.
             Civil Action No. 17-cv-6054 (RJS)

Dear Judge Sullivan:

    This office represents Defendants Ghandi Café, Inc. and Faruk Miah in the above captioned matter. I have reviewed and considered Plaintiff's application to amend the Complaint to substitute Monju Chowdhury for the "Jane Doe" named in the Complaint.

    Recognizing the liberal standard for amending pleadings, Defendants do not oppose the application to amend the Complaint to substitute Monju Chowdhury for the "Jane Doe" named in the Complaint. In determining not to oppose the amendment of the Complaint, Defendants do not concede the accuracy of the allegations of the Amended Complaint as against Defendant Monju Chowdhury, and reserve the right to move to dismiss the Amended Complaint as to Defendant Chowdhury after the completion of discovery.

    Thank you for your consideration of this matter.

                                Respectfully submitted,

                                *Michael K. Chong*
                                Michael K. Chong